1246

No. 11–748.   SIGNATURE PHARMACY, INC., ET AL. v. WRIGHT. C. A. 11th Cir.   Certiorari denied.

No. 11–749.   MOORE v. CURLEY, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 11–815.   FEDORA INC. ET AL. v. THOMAS.   Ct. App. D. C. Certiorari denied.

No. 11–829.   KING, CHAIR, KANSAS COMMISSION ON JUDICIAL QUALIFICATIONS, ET AL. v. KANSAS JUDICIAL WATCH ET AL. C. A. 10th Cir.   Certiorari denied.

No. 11–841.   NIPMUC PROPERTIES, LLC, ET AL. v. CITY OF MERIDEN, CONNECTICUT, ET AL.   App. Ct. Conn.   Certiorari denied.

No. 11–869.   PERENGUEZ v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 11–908.   FELIX v. CITY AND COUNTY OF DENVER, COLORADO.   C. A. 10th Cir.   Certiorari denied.

No. 11–947.   SIMELS v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

